**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREBIL AVILA MEDINA,** | ) NO. 5:26-cv-02577-KS |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **JUDGMENT** |
| | ) |
| **TODD BLANCHE et al.,** | ) |
| | ) |
| **Respondents.** | ) |
| _____ | ) |

    **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: July 6, 2026

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE